EMANUEL LYONS, as Administrator of SARAH LYONS, Deceased, Respondent, *v.* SECOND AVENUE RAILROAD COMPANY, Appellant.

*Lyons* v. *Second Ave. R. R. Co.*, 89 Hun, 374, affirmed.
(Argued March 24, 1897; decided April 20, 1897.)

APPEAL from a judgment of the General Term of the Supreme Court in the first judicial department, entered October 25, 1895, which affirmed a judgment in favor of plaintiff entered upon a verdict, and also affirmed an order denying a motion for a new trial.

*Payson Merrill* and *George C. Holt* for appellant.

*Sumner B. Stiles* and *Francis L. Wellman* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: O'BRIEN, BARTLETT, MARTIN and VANN, JJ.
Dissent: ANDREWS, Ch. J., GRAY and HAIGHT, JJ.

---

CAROLINE L. BOEHM, Respondent, *v.* WILLIAM T. GILBERT, as Receiver of THE COMMERCIAL ALLIANCE LIFE INSURANCE COMPANY, Appellant.

*Boehm* v. *Commercial L. Ins. Co.*, 86 Hun, 617, affirmed.
(Argued March 25, 1897; decided April 20, 1897.)

APPEAL from a judgment of the General Term of the Supreme Court in the fifth judicial department, entered April 25, 1895, which affirmed a judgment in favor of plaintiff entered upon a verdict, and also affirmed an order denying a motion for a new trial.

*William S. Maddox* for appellant.

*Henry G. Danforth* for respondent.

Judgment affirmed on the ground that the question of warranty is not raised by any exception that can be here reviewed; no opinion.
All concur.